# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX DEMETRIUS GRAVES, <br><br> Petitioner, <br><br> v. <br><br> SCOTT FRAUHENHEIM, Warden, <br><br> Respondent. | Case No. CV 14-2761 R (MRW) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: May 19, 2015

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE